UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,**<br><br>Plaintiff<br><br>v.<br><br>**JUNIPER NETWORKS, INC.,**<br><br>Defendant | **Case No. 6:20-cv-00902-ADA**<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR EXTENSION OF TIME TO ANSWER

Defendant JUNIPER NETWORKS, INC. hereby moves for an extension of forty-five (45) days to answer or otherwise respond to Plaintiff's complaint. The current deadline for Defendant to answer or otherwise respond to the complaint is October 27, 2020. Defendant seeks an extension to December 11, 2020 as the new deadline for Defendant to answer or otherwise respond to Plaintiff's complaint. Counsel for Defendant has conferred with counsel for Plaintiff, and Plaintiff is unopposed to this motion.

Dated: October 27, 2020                                Respectfully Submitted

                                                       */s/ B. Russell Horton*
                                                       B. Russell Horton
                                                       Texas State Bar No. 10014450

rhorton@gbkh.com

George Brothers Kincaid & Horton, LLP
1100 Norwood Tower
114 West 7th St
Austin, TX 78701
(512) 495-1400
(512) 499-0094 Facsimile

**ATTORNEYS FOR DEFENDANT JUNIPER NETWORKS, INC.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served by the Court's CM/ECF to the following counsel of record on this 27TH day of October, 2020.

/s/ B. Russell Horton
B. Russell Horton