# EXHIBIT A



# Brazos Licensing & Development

# Helping inventors develop, secure and monetize patents through advisory, financing and technology incubation



About    What We Do    Coworking    Contact Us

# What we do

From soup to nuts, we'll help you develop a game-plan around your patents, execute licensing agreements, litigate against infringers and more…



## Licensing & Monetization

The Brazos team has negotiated licenses with the largest, most sophisticated companies in the world



## Litigation

We prefer to negotiate licenses, but some companies prefer to use your IP without paying. We'll take on the infringers



## Strengthening

Advisory on patent purchases and dispositions to build and enhance the moat around your technology

Learn More



Company

Stay in Touch

Brazos Licensing
& Development
605 Austin Ave,
Suite 6
Waco, TX 76701

What We
Do

Coworking

Meet the
Team

Blog

Contact Us

Linkedin

Twitter

## Sign up for updates from our blog

We update our blog a couple times per month with Brazos-specific and broader industry news. Sign up to stay current with the latest!

Enter your email

Subscribe

Copyright © 2020 Brazos Licensing and Development