UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU INVESTMENTS, LLC D/B/A BRAZO

vs.                                                  Case No.: 6:20-cv-00812-ADA
                                                     6:20-cv-00813-ADA; 6:20-cv-00814-ADA;
JUNIPER NETWORKS, INC.                               6:20-cv-00815-ADA; 6:20-cv-00816-ADA;
                                                     6:20-cv-00902-ADA; 6:20-cv-00903-ADA

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Margaret Shyr, counsel for Juniper Networks, Inc., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Margaret Shyr may appear on behalf of Juniper Networks, Inc. in the above case.

IT IS FURTHER ORDERED that Margaret Shyr, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of December, 20 20.

UNITED STATES DISTRICT JUDGE