UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU INVESTMENTS, LLC D/B/A BRAZO

vs.

JUNIPER NETWORKS, INC.

Case No.: 6:20-cv-00903-ADA
6:20-cv-00902-ADA;
6:20-cv-00812-ADA;
6:20-cv-00813-ADA;
6:20-cv-00814-ADA;
6:20-cv-00815-ADA;
6:20-cv-00816-ADA

**ORDER**

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Nima Hefazi _____, counsel for JUNIPER NETWORKS, INC _____, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Nima Hefazi _____ may appear on behalf of JUNIPER NETWORKS, INC _____ in the above case.

IT IS FURTHER ORDERED that Nima Hefazi _____, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE