# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

WACO DIVISION

vs.                                    Case No.:
                                        6:20-cv-00813-ADA; 6:20-cv-00814-ADA;
                                        6:20-cv-00815-ADA; 6:20-cv-00816-ADA;
                                        6:20-cv-00902-ADA; 6:20-cv-00903-ADA

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by _____, counsel for _____, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and _____ may appear on behalf of _____ in the above case.

IT IS FURTHER ORDERED that _____, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____