# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

Please Choose Division    WACO DIVISION

WSOU INVESTMENTS, LLC D/B/A BRAZOS

vs.

JUNIPER NETWORKS, INC.

Case No.: 6:20-cv-00812-ADA;
6:20-cv-00813-ADA; 6:20-cv-00814-ADA;
6:20-cv-00815-ADA; 6:20-cv-00816-ADA;
6:20-cv-00902-ADA; 6:20-cv-00903-ADA

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Pushkal Mishra, counsel for Juniper Networks, Inc., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Pushkal Mishra may appear on behalf of Juniper Networks, Inc. in the above case.

IT IS FURTHER ORDERED that Pushkal Mishra, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20 20 .

Please Choose Judge
UNITED STATES DISTRICT JUDGE

Reset all fields    Print Form