## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

WSOU INVESTMENTS, LLC D/B/A
BRAZOS LICENSING AND DEVELOPMENT

vs.                                        Case No.:  6:20-cv-00902-ADA

JUNIPER NETWORKS, INC.


## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Alessandra C. Messing                    , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent  plaintiff WSOU Investment, LLC            in this case, and

would respectfully show the Court as follows:


1.    Applicant is an attorney and a member of the law firm (or practices under the name of)

Brown Rudnick LLP                          with offices at:

Mailing address:  Seven Times Square

City, State, Zip Code:  New York, NY 10036

Telephone:  212-209-4813              Facsimile:  212-938-2990


2.    Since   5/14/2012                    , Applicant has been and presently is a

member of and in good standing with the Bar of the State of  New York              .

Applicant's bar license number is  5040019                               .


3.    Applicant has been admitted to practice before the following courts:

Court:                                     Admission date:

Eastern District of Texas                  4/11/2016

4.  Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

    N/A

5.  I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

    Number: 6:20-cv-00725-ADA  on the 18 day of August , 2020 .

    Number: 6:20-cv-00726-ADA  on the 18 day of August , 2020 .

    Number: 6:20-cv-00727-ADA  on the 18 day of August , 2020 .

    **See Attachment A for additional cases.**

6.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

    N/A

7.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

    N/A

8.  Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.      Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel:  Raymond W. Mort, III

Mailing address:  100 Congress Ave., Suite 2000

City, State, Zip Code:  Austin, Texas 78701

Telephone:  512-865-7950

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac

vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District

Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

Alessandra C. Messing                        to the Western District of Texas pro hac vice for this case only.


Respectfully submitted,

Alessandra C. Messing

[printed name of Applicant]

_AM_

[signature of Applicant]


## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of

record and the original upon the Clerk of Court on this the  7th  day of  January                 ,  2021  .


Alessandra C. Messing

[printed name of Applicant]

_AM_

[signature of Applicant]

## **ATTACHMENT A**

5. I have previously applied to Appear Pro Hac Vice in this district court in Cases[s]:

Number: 6:20-cv-00728-ADA on the 18 day of August, 2020

Number: 6:20-cv-00729-ADA on the 18 day of August, 2020

Number: 6:20-cv-00730-ADA on the 18 day of August, 2020

Number: 6:20-cv-00783-ADA on the 1 day of October, 2020

Number: 6:20-cv-00812-ADA on the 1 day of October, 2020

Number: 6:20-cv-00813-ADA on the 1 day of October, 2020

Number: 6:20-cv-00814-ADA on the 1 day of October, 2020

Number: 6:20-cv-00815-ADA on the 1 day of October, 2020

Number: 6:20-cv-00816-ADA on the 1 day of October, 2020

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

### WACO DIVISION

WSOU INVESTMENTS, LLC D/B/A BRAZOS
LICENSING AND DEVELOPMENT

vs.                                                    Case No.:  6:20-cv-00902-ADA

JUNIPER NETWORKS, INC.


## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by  Alessandra C. Messing _____ , counsel for

plaintiff WSOU Investment, LLC _____ , and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Alessandra C. Messing _____ may appear on behalf of  plaintiff WSOU Investment, LLC _____

in the above case.

IT IS FURTHER ORDERED that  Alessandra C. Messing _____ , if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of  January _____ , 20 21 ____ .


_____

UNITED STATES DISTRICT JUDGE