United States District Court

Western District of Texas

Waco

**Deficiency Notice**

| | |
|---|---|
| To: | Horton, B. Russell |
| From: | Court Operations Department, Western District of Texas |
| Date: | Monday, February 1, 2021 |
| Re: | 06:20-CV-00902-ADA / Doc # 27 / Filed On: 02/01/2021 02:53 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Withdrawal of an attorney must be accomplished via Motion to Withdraw and Order Granting. Please re-file the same in motion format with a proposed order attached.