# EXHIBIT A
# Filed Under Seal

Tab: SA - Shipped to CA

| Ship To Party - Region (Text) | California | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sum of Achievement Net | Column Labels | | | | | | | | |
| Row Labels | 20192 | 20193 | 20194 | 20201 | 20202 | 20203 | 20204 | 20211 | Grand Total |
| ACX | $67,090 | $58,883 | $244,603 | $21,740 | | $172,066 | $42,206 | $51,538 | $658,127 |
| EX | $1,865,040 | $1,526,054 | $2,008,634 | $1,784,968 | $2,414,396 | $1,925,332 | $2,155,171 | $2,340,291 | $16,019,886 |
| MX Series 3D Universal Edge Routers | $3,488,732 | $1,987,287 | $2,613,241 | $2,198,074 | $1,915,040 | $2,072,131 | $2,391,580 | $1,913,826 | $18,579,912 |
| NFX | $35,700 | $2,969 | $2,312 | | | | $47,600 | $5,950 | $94,530 |
| PTX Series Packet Transport Switches | $5,795,707 | $7,124,963 | $11,661,274 | $3,813,280 | $2,744,351 | $3,906,422 | $2,069,627 | $8,448,351 | $45,563,974 |
| QFX Series Switches | $7,074,837 | $5,148,350 | $11,098,784 | $1,819,750 | $1,501,381 | $2,276,857 | $3,774,852 | $5,948,415 | $38,643,226 |
| SRX Series Services Gateways Branch | $127,317 | $90,222 | $223,147 | $66,161 | $37,732 | $146,290 | $186,403 | $25,504 | $902,775 |
| SRX Series Services Gateways High End | $748,555 | $1,010,386 | $1,262,088 | $1,429,799 | $1,001,378 | $161,820 | $73,621 | $708,640 | $6,396,286 |
| SRX Series Services Gateways Mid Range | $629,574 | $1,501,844 | $1,328,212 | $753,655 | $1,497,961 | $546,764 | $577,406 | $550,677 | $7,386,094 |
| Grand Total | $19,832,553 | $18,450,957 | $30,442,295 | $11,887,427 | $11,112,238 | $11,207,682 | $11,318,466 | $19,993,191 | $134,244,810 |

HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY

45070_JNPR_00755422

Tab: Chassis Count - Shipped to CA

| Ship To Party - Region (Text) | California |
| --- | --- |
| Classification | (Multiple Items) |

| Sum of Achievement Quantity | Column Labels | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Row Labels | 20192 | 20193 | 20194 | 20201 | 20202 | 20203 | 20204 | 20211 | Grand Total |
| ACX | 6 | 8 | 23 | 3 | | 16 | 8 | 6 | 70 |
| EX | 1,067 | 1,168 | 1,627 | 1,637 | 1,674 | 1,962 | 1,669 | 2,289 | 13,093 |
| MX Series 3D Universal Edge Routers | 364 | 201 | 264 | 257 | 235 | 259 | 276 | 215 | 2,071 |
| NFX | 12 | 1 | 2 | | | | 16 | 8 | 39 |
| PTX Series Packet Transport Switches | 421 | 368 | 877 | 219 | 141 | 196 | 81 | 380 | 2,683 |
| QFX Series Switches | 3,067 | 2,292 | 4,148 | 546 | 266 | 478 | 869 | 2,103 | 13,769 |
| SRX Series Services Gateways Branch | 102 | 82 | 249 | 83 | 79 | 31 | 122 | 56 | 804 |
| SRX Series Services Gateways High End | 21 | 20 | 32 | 42 | 30 | 5 | 4 | 27 | 181 |
| SRX Series Services Gateways Mid Range | 196 | 210 | 163 | 92 | 144 | 78 | 98 | 153 | 1,134 |
| Grand Total | 5,256 | 4,350 | 7,385 | 2,879 | 2,569 | 3,025 | 3,143 | 5,237 | 33,844 |

Tab: SA - CA Reseller

| Reseller - Region (Text) | California | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Sum of Achievement Net** | Column Labels | | | | | | | | |
| **Row Labels** | 20192 | 20193 | 20194 | 20201 | 20202 | 20203 | 20204 | 20211 | Grand Total |
| **ACX** | $12,888 | $50,804 | $10,161 | $5,356 | $47,542 | $33,305 | $7,958 | $99,878 | $267,891 |
| **EX** | $2,616,600 | $1,714,050 | $2,761,285 | $2,364,259 | $1,540,391 | $2,171,255 | $1,855,594 | $2,220,678 | $17,244,111 |
| **MX Series 3D Universal Edge Routers** | | | | $72,592 | $10,593 | | $79,161 | $66,612 | $228,958 |
| **QFX Series Switches** | $1,267,174 | $990,028 | $717,587 | $887,684 | $850,151 | $1,029,874 | $712,825 | $1,299,111 | $7,754,433 |
| **SRX Series Services Gateways Branch** | $286,673 | $192,870 | $119,589 | $234,301 | $72,417 | $116,185 | $86,016 | $65,440 | $1,173,492 |
| **SRX Series Services Gateways High End** | | | | | | | $142,128 | | $142,128 |
| **SRX Series Services Gateways Mid Range** | $190,763 | $422,445 | $387,659 | $156,681 | $72,980 | $574,331 | $367,534 | $194,494 | $2,366,888 |
| **Grand Total** | $4,374,097 | $3,370,197 | $3,996,281 | $3,720,873 | $2,594,074 | $3,924,949 | $3,251,216 | $3,946,213 | $29,177,901 |

HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY

45070_JNPR_00755422

Tab: Chassis Count - CA Reseller

| Reseller - Region (Text) | California |
| Classification | (Multiple Items) |

| Sum of Achievement Quantity | Column Labels | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Row Labels | 20192 | 20193 | 20194 | 20201 | 20202 | 20203 | 20204 | 20211 | Grand Total |
| ACX | 5 | 10 | 2 | 3 | 10 | 17 | 10 | 16 | 73 |
| EX | 1,453 | 1,045 | 1,456 | 1,356 | 1,023 | 1,353 | 1,164 | 1,311 | 10,161 |
| MX Series 3D Universal Edge Routers | | | | 7 | 2 | | 17 | 14 | 40 |
| QFX Series Switches | 240 | 185 | 111 | 183 | 159 | 228 | 103 | 194 | 1,403 |
| SRX Series Services Gateways Branch | 236 | 288 | 159 | 547 | 140 | 141 | 144 | 95 | 1,750 |
| SRX Series Services Gateways High End | | | | | | | 4 | | 4 |
| SRX Series Services Gateways Mid Range | 19 | 43 | 58 | 20 | 18 | 99 | 59 | 37 | 353 |
| Grand Total | 1,953 | 1,571 | 1,786 | 2,116 | 1,352 | 1,838 | 1,501 | 1,667 | 13,784 |