UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC.<br><br>Defendant. | Civil Action No:   6:20-cv-00902-ADA<br><br>**JURY TRIAL DEMANDED** |

**JUNIPER NETWORKS, INC.'S UNOPPOSED MOTION TO WITHDRAW DECLARATION OF JOSEPH E. REED IN SUPPORT OF JUNIPER NETWORKS, INC.'S REPLY IN SUPPORT OF ITS OPPOSED MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA (Dkt. 58)**

Juniper Networks, Inc. ("Juniper" or "Defendant") respectfully files this Motion to Withdraw Declaration of Joseph E. Reed in Support of Juniper Networks, Inc.'s Reply in Support of Its Opposed Motion to Transfer Venue to the Northern District of California (Dkt. 58 filed May 24, 2021) and requests that the Court withdraw the entire docket 58.

Defendant intended to file, as docket 58, the Declaration of Joseph E. Reed, and intended to link that declaration to docket 57, which is the Reply in Support of Its Opposed Motion to Transfer Venue to the Northern District of California ("Reply") and Exhibit A, which were filed under seal. Instead of attaching the Declaration of Joseph E. Reed as docket 58, Defendant inadvertently refiled the Reply and Exhibit A as docket 58, this time not under seal. To correct this error, Defendant now seeks to withdraw what was incorrectly filed unsealed as docket 58 and then replace it with the Declaration of Joseph E. Reed, which will be filed unsealed and linked to docket 57.

This request as unopposed.

**PRAYER**

Defendant requests the Court withdraw Declaration of Joseph E. Reed in Support of Juniper Networks, Inc.'s Reply in Support of Its Opposed Motion to Transfer Venue to the Northern District of California (Dkt. 58) as the Reply in Support of Its Opposed Motion to Transfer Venue to the Northern District of California and Exhibit A is already filed under seal under docket 57. Defendant further requests any and all relief to which is shows itself entitled.

DATED:  May 26, 2021                    Respectfully submitted,


                                        By   /s/  B. Russell Horton
                                            B. Russell Horton
                                            rhorton@gbkh.com
                                            George Brothers Kincaid & Horton LLP
                                            114 West 7th Street, Suite 1100
                                            Austin, TX 78701
                                            Telephone: (512) 495-1400
                                            Facsimile: (512-499-0094

                                            Kevin P.B. Johnson
                                            kevinjohnson@quinnemanuel.com
                                            Todd Briggs
                                            toddbriggs@quinnemanuel.com
                                            Margaret Shyr (*pro hac vice*)
                                            margaretshyr@quinnemanuel.com
                                            Joseph E. Reed (*pro hac vice*)
                                            joereed@quinnemanuel.com
                                            Quinn Emanuel Urquhart & Sullivan, LLP
                                            555 Twin Dolphin Drive, 5th Floor
                                            Redwood Shores, CA 94065
                                            Telephone: (650) 801-5000
                                            Facsimile: (650) 801-5100

                                            Nima Hefazi *(pro hac vice*)
                                            nimahefazi@quinnemanuel.com
                                            Quinn Emanuel Urquhart & Sullivan, LLP
                                            865 South Figueroa Street, 10th Floor
                                            Los Angeles, CA 90017
                                            Telephone: (213) 443-3000
                                            Facsimile: (213) 443-3100

                                            *Counsel for Defendant*
                                            *Juniper Networks, Inc.*

**CERTIFICATE OF CONFERENCE**

I certify that on the May 26, 2021, I spoke to Timothy J. Rousseau, Counsel for Plaintiff WSOU Investments LLC and they do not oppose this motion.

/s/ B. Russell Horton
B. Russell Horton

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on May 26, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

Dated: May 26, 2021

/s/ B. Russell Horton
B. Russell Horton