# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC.<br><br>Defendant. | Civil Action No.: 6:20-cv-00812-ADA<br>6:20-cv-00813-ADA<br>6:20-cv-00814-ADA<br>6:20-cv-00815-ADA<br>6:20-cv-00902-ADA<br>6:20-cv-00903-ADA<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF JOSEPH E. REED IN SUPPORT OF JUNIPER NETWORKS, INC.'S REPLY IN SUPPORT OF ITS OPPOSED MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA

I, Joseph E. Reed, declare and state as follows:

1.  I am an associate at Quinn Emanuel Urquhart & Sullivan LLP, counsel for Defendant Juniper Networks, Inc. ("Juniper"). I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently to such facts under oath.

2.  Attached hereto as Exhibit A is a true and correct copy of excerpts of Juniper sales data produced at 45070_JNPR_00755422. Exhibit A is filed under seal because it contains information Juniper has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the default protective order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: May 24, 2021 at Sunnyvale, California.    /s/ _____
                                                         Joseph E. Reed