# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>    Plaintiff<br><br>v.<br><br>JUNIPER NETWORKS, INC.<br><br>    Defendant | Civil Action Nos.: 6:20-cv-00812-ADA<br>6:20-cv-00813-ADA<br>6:20-cv-00814-ADA<br>6:20-cv-00815-ADA<br>6:20-cv-00902-ADA<br>6:20-cv-00903-ADA<br><br>**JURY TRIAL DEMANDED** |

## STATUS REPORT RE: INTER-DISTRICT MOTION TO TRANSFER

Pursuant to the Court's June 8, 2021 Amended Standing Order Regarding Motion for Inter-District Transfer, Defendant Juniper Networks, Inc. hereby notifies the Court that its motion to transfer the above-captioned cases to the Northern District of California is fully briefed (and the Court heard argument on June 1, 2021) and ready for resolution. The *Markman* hearing is currently scheduled for June 24, 2021. *See* Case No. 6:20-cv-00812-ADA, Dkt. No. 68.

DATED:  June 15, 2021                    Respectfully submitted,

        By /s/ *B. Russell Horton*
        B. Russell Horton
        State Bar No. 10014450
        rhorton@gbkh.com
        George Brothers Kincaid & Horton LLP
        114 West 7th Street, Suite 1100
        Austin, TX 78701
        Telephone: (512) 495-1400
        Facsimile: (512-499-0094

        Kevin P.B. Johnson
        kevinjohnson@quinnemanuel.com
        Todd Briggs
        toddbriggs@quinnemanuel.com
        Margaret Shyr (*pro hac vice*)
        margaretshyr@quinnemanuel.com
        Joseph E. Reed (*pro hac vice*)
        joereed@quinnemanuel.com
        Quinn Emanuel Urquhart & Sullivan, LLP
        555 Twin Dolphin Drive, 5th Floor
        Redwood Shores, CA 94065
        Telephone: (650) 801-5000
        Facsimile: (650) 801-5100

        Nima Hefazi (*pro hac vice*)
        nimahefazi@quinnemanuel.com
        Quinn Emanuel Urquhart & Sullivan, LLP
        865 South Figueroa Street, 10th Floor
        Los Angeles, CA 90017
        Telephone: (213) 443-3000
        Facsimile: (213) 443-3100

        *Counsel for Defendant*
        *Juniper Networks, Inc.*

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on June 15, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

Dated:  June 15, 2021                             /s/ B. Russell Horton_____
                                                                                 B. Russell Horton